EX PARTE
GEORGE L. WILLIAMS JR

NOS WR-4906203
WR-4906204
49,002-03,04

I AM WRITING IN HOPE TO RECEIVE COMFORMATION, I HAVE TWO SIMPLE REQUEST / I RECENTLY SUBMITTED A MOTION FOR CONTEMP OF COURT ORDER TO YOUR OFFICE. COULD YOU PLEASE LET ME NO IF YOU RECEIVED IT AND FILE IT AND WAS IT GRANTED OR DENYED. MY NEXT REQUEST IS COULD YOU PLEASE SEND ME A DOCKET SHEET, THANK YOU.

GEORGE WILLIAMS JR
#1745723

COURT OF CRIMINAL APPEAL CLERK:

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk